**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Steven W. Smith** | Social Security number or ITIN  xxx–xx–9455 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Leslee D. Smith** | Social Security number or ITIN  xxx–xx–7949 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **20–22574–JAD**

# Order of Discharge                                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Steven W. Smith

Leslee D. Smith
aka Leslee Dominowski Smith, fka Leslee Dominowski

12/30/20

**By the court:**  Jeffery A. Deller
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Steven W. Smith  
Leslee D. Smith  
    Debtor(s)

Case No. 20-22574-JAD  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 30, 2020 | Form ID: 318 | Total Noticed: 70 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven W. Smith, Leslee D. Smith, 21021 N. 56th St. , Apt. 2079, Phoenix, AZ 85054-5603 |
| tr | + | Lisa M. Swope, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15285012 | + | ABB Optical Group, 12301 NW 39th Street, Coral Springs, FL 33065-2403 |
| 15285013 | + | Art Optical, PO Box 1848, Grand Rapids, MI 49501-1848 |
| 15285016 | + | CBL/Westmoreland LP, 5256 Route 30, Greensburg, PA 15601-7751 |
| 15285022 | + | Comcast, PO Box 45, Cresson, PA 16630-0045 |
| 15285036 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, Bankruptcy Processing, P.O. Box 8053, Mason, OH 45040 |
| 15285027 | + | Emerging Vision Inc., 100 Quentin Roosevelt Blvd., Suite 508, Garden City, NY 11530-4843 |
| 15285025 | | Emerging Vision Inc., 520 Eigth Avenue - 23rd Floor, New York, NY 10018 |
| 15285026 | + | Emerging Vision Inc., Attn: President, 100 Quentin Roosevelt Blvd. - Suite 508, Garden City, NY 11530-4843 |
| 15285028 | + | Eyeware Designs LTD., 999 South Oyster Bay Road, Suite 310, Bethpage, NY 11714-1042 |
| 15285029 | + | FGX International, 500 George Washington Highway, Smithfield, RI 02917-1926 |
| 15285030 | + | Forefront Dermatology, 801 York Street, Manitowoc, WI 54220-4630 |
| 15285031 | | Healthy Eyes Advantage Inc., PO Box 679870, Dallas, TX 75267-9870 |
| 15285032 | + | Integra Bank South, 2 West Main Street, Uniontown, PA 15401-3408 |
| 15285033 | + | Kingsbrooke Estate Homeowners, c/o BHHS Preferred Porperty ManagementCo, 3820 Old William Penn Highway, Murrysville, PA 15668-1841 |
| 15285034 | + | Kingsbrooke Estates, Homeowners Association, c/o T&R Real Estate Property Management, 3830 Old William Penn Highway, Murrysville, PA 15668-1850 |
| 15285039 | + | MOREL, 500 West Main Street, Ste. 7, Wyckoff, NJ 07481-1406 |
| 15285037 | + | Marcolin U.S.A. Eyewear Corp., 3140 Route 22 West, Somerville, NJ 08876-3548 |
| 15285038 | | Medpost Urgent Care - Scottsdale, PO Box 740604, Los Angeles, CA 90074-0604 |
| 15285043 | | NTB Credit Plan, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 15285041 | | Nassau OOGP Vision Group, PO Box 814109, Dallas, TX 75381-4109 |
| 15285042 | | NextCare Urgent Care, 2550 N Thunderbird Circle, Ste. 123, Mesa, AZ 85215-1217 |
| 15285048 | | PNC Bank Mortgage Service, PO Box 8703, Dayton, OH 45401-8703 |
| 15285046 | | Peoples Natural Gas, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 15285045 | | Peoples Natural Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15285049 | + | Rabkin Dermatopathology Lab P.C., 440 William Pitt Way, Pittsburgh, PA 15238-1330 |
| 15285050 | | Safilo USA Inc., PO Box 35118, Newark, NJ 07193-5118 |
| 15285051 | | Singer Specs, Westmoreland Mall, Route 30 East, Greensburg, PA 15601 |
| 15285052 | + | Singer Specs of Westmoreland Inc., 100 Quentin Roosevelt Blvd., Suite 508, Garden City, NY 11530-4843 |
| 15285054 | + | Standard Bank, 2640 Monroeville Blvd., Monroeville, PA 15146-2314 |
| 15285062 | | Synchrony Bank/CareCredit Rewards, Attn: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 15285068 | + | TURA Inc., PO Box 426, Muncy, PA 17756-0426 |
| 15285066 | + | Three Rivers Optical, 260 Bilmar Drive, Pittsburgh, PA 15205-4601 |
| 15285067 | + | Tobin D. George Law Care Inc., 241 Pores Road, Greensburg, PA 15601-6282 |
| 15285071 | | Visa, PO Box 31537, Tampa, FL 33631-3537 |
| 15285073 | + | Waste Management of Pennsylvania Inc., PO Box 43470, Phoenix, AZ 85080-3470 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

Case 20-22574-JAD    Doc 22    Filed 01/01/21    Entered 01/02/21 00:36:15    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 30, 2020 | Form ID: 318 | Total Noticed: 70 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Dec 31 2020 05:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 31 2020 01:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Dec 31 2020 05:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 31 2020 01:57:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: PRA.COM | Dec 31 2020 05:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15285014 | EDI: BANKAMER.COM | Dec 31 2020 05:53:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 15285015 | + EDI: CITICORP.COM | Dec 31 2020 05:53:00 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 15285020 | + EDI: COMCASTCBLCENT | Dec 31 2020 05:53:00 | Comcast, 1500 Market Street, Philadelphia, PA 19102-2107 |
| 15285021 | EDI: COMCASTCBLCENT | Dec 31 2020 05:53:00 | Comcast, PO Box 719, Toledo, OH 43697-0719 |
| 15285019 | EDI: COMCASTCBLCENT | Dec 31 2020 05:53:00 | Comcast, PO Box 3005, Southeastern, PA 19398-3005 |
| 15285023 | EDI: WFNNB.COM | Dec 31 2020 05:53:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 15285024 | EDI: DISCOVER.COM | Dec 31 2020 05:53:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 15285017 | EDI: JPMORGANCHASE | Dec 31 2020 05:53:00 | Chase, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15285018 | EDI: JPMORGANCHASE | Dec 31 2020 05:53:00 | Chase/Southwest, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15285035 | + Email/Text: bankruptcy@luxotticaretail.com | Dec 31 2020 01:56:00 | Luxottica of America Inc., 12 Harbor Park Drive, Port Washington, NY 11050-4649 |
| 15285040 | + Email/Text: mawccollection@mawc.org | Dec 31 2020 01:57:00 | Municipal Authority of Westmoreland Co., 124 Park and Pool Road, New Stanton, PA 15672-2404 |
| 15285047 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 31 2020 01:56:00 | PNC Bank, P.O. Box 3429, Pittsburgh, PA 15230-3429 |
| 15285044 | EDI: RMSC.COM | Dec 31 2020 05:53:00 | PayPal Crdit, PO Box 965064, Orlando, FL 32896-5064 |
| 15285055 | EDI: RMSC.COM | Dec 31 2020 05:53:00 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15285053 | + Email/Text: bankruptcynotices@squareup.com | Dec 31 2020 01:57:00 | Square Capital LLC, 1455 Market Street, Suite 600, MSC717, San Francisco, CA 94103-1332 |
| 15285056 | + EDI: RMSC.COM | Dec 31 2020 05:53:00 | Syncb/PPC, PO Box 965005, Orlando, FL 32896-5005 |
| 15285057 | EDI: RMSC.COM | Dec 31 2020 05:53:00 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 15285058 | EDI: RMSC.COM | Dec 31 2020 05:53:00 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965064, Orlando, FL 32896-5064 |
| 15285936 | + EDI: RMSC.COM | | |

Case 20-22574-JAD    Doc 22    Filed 01/01/21    Entered 01/02/21 00:36:15    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 30, 2020 | Form ID: 318 | Total Noticed: 70 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 31 2020 05:53:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15285059 | | EDI: RMSC.COM | Dec 31 2020 05:53:00 | Synchrony Bank/Ashley Furniture, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 15285060 | | EDI: RMSC.COM | Dec 31 2020 05:53:00 | Synchrony Bank/Ashley Furniture, Attn: Bankruptcy Dept., PO Box 965061, Orlando, FL 32896-5061 |
| 15285061 | | EDI: RMSC.COM | Dec 31 2020 05:53:00 | Synchrony Bank/BP, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 15285063 | + | EDI: RMSC.COM | Dec 31 2020 05:53:00 | Synchrony Bank/JCPenney, PO Box 965007, Orlando, FL 32896-5007 |
| 15285065 | | Email/Text: tcm.bk@icba.tcmbank.com | Dec 31 2020 01:57:00 | TCM Bank NA, PO Box 31481, Tampa, FL 33631-3481 |
| 15285064 | | EDI: WTRRNBANK.COM | Dec 31 2020 05:53:00 | Target Card Services, PO Box 1581, Minneapolis, MN 55440-1581 |
| 15285070 | + | Email/Text: BankruptcyNotice@upmc.edu | Dec 31 2020 01:57:00 | UPMC, 2 Hot Metal St., Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 15285069 | + | Email/Text: lorir@utmapa.org | Dec 31 2020 01:57:00 | Unity Township Municipal Authority, PO Box 506, Pleasant Unity, PA 15676-0506 |
| 15285072 | + | Email/Text: rmcbknotices@wm.com | Dec 31 2020 01:57:00 | Waste Management, 2625 W. Grandview Rd., Ste. 150, Phoenix, AZ 85023-3109 |
| 15285074 | | Email/Text: bankruptcy@firstenergycorp.com | Dec 31 2020 01:57:00 | West Penn Power, 76 South Main Street, Akron, OH 44308-1890 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| aty | *+ | Lisa M. Swope, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 01, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2020 at the address(es) listed below:

**Name**          **Email Address**

Brian Nicholas
   on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Eugene D. Frank
   on behalf of Joint Debtor Leslee D. Smith efrank.esq@comcast.net

Eugene D. Frank
   on behalf of Debtor Steven W. Smith efrank.esq@comcast.net

Lisa M. Swope
   on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com

Lisa M. Swope
   lms@nsslawfirm.com PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com

Maria Miksich
   on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION mmiksich@kmllawgroup.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8