# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Leslee D. Smith fka Leslee Dominowski aka Leslee Dominowski Smith<br>Steven W. Smith<br>                             **Debtor(s)**<br><br>**PNC BANK, NATIONAL ASSOCIATION**<br>                             **Movant**<br>                  vs.<br><br>Leslee D. Smith fka Leslee Dominowski aka Leslee Dominowski Smith<br>Steven W. Smith<br>                           **Respondent**<br><br>**Lisa M. Swope**, (**Trustee**)<br>                        **Additional Respondent** | BK NO. 20-22574 JAD<br><br>Chapter 7<br><br>Hearing Date: 01/12/2021<br><br>Hearing Time: 10:00 A.M.<br><br>Objection Deadline: 01/04/2021 |

## CERTIFICATE OF SERVICE OF DEFAULT ORDER ON
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Brian C. Nicholas, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 8, 2021, I served the above captioned pleading, along with the Motion filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Leslee D. Smith fka Leslee Dominowski aka
Leslee Dominowski Smith
21021 North 56th Street, Apt. 2079
Phoenix, AZ 85054

Steven W. Smith
21021 North 56th Street, Apt. 2079
Phoenix, AZ 85054

Attorney for Debtor(s)
Eugene David Frank, Esq.
Law Offices of Eugene D. Frank, P.C.
3202 McKnight East Drive
Pittsburgh, PA 15237
efrank.esq@comcast.net

Trustee
Lisa M. Swope
219 South Center Street (VIA ECF)
P.O. Box 270
Ebensburg, PA 15931

Method of Service: electronic means or first class mail

Dated: January 8, 2021

                                                        **/s/ Brian C. Nicholas, Esquire**
                                                        Brian C. Nicholas, Esquire
                                                        Attorney I.D. No. 317240
                                                        KML Law Group, P.C.
                                                         BNY Mellon Independence Center
                                                        701 Market Street, Suite 5000
                                                        Philadelphia, PA 19106
                                                        215-627-1322
                                                        bnicholas@kmllawgroup.com